FILED
U.S. COURT OF APPEALS
ELECTRONIC

**Feb. 24, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 23, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-15914-D
Case Style: David Adams, et al v. Barnard Construction Company,
District Court Docket No: 9:09-cv-82406-KLR

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah H. Hall, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15914-D

_____

DAVID ADAMS,
JOHNNIE L. ADAMS, et al.,

                Plaintiffs - Appellants,

versus

BARNARD CONSTRUCTION COMPANY, INCORPORATED,
a foreign corporation licensed to do business in the State of Florida,

                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant David Adams, Johnnie L. Adams, John K. Agnew, Wiillie L. Bens, Derrick Bouie, Alex Brinkley, Susan Brodrick, Leroy Carrigan, Michael Chappel, Ozzie Charles, Brathram Collins, Jarvis Daniels, Odvil M. Frazier, Richard Grice, Jabari Harris, Norman L. Harris, Elvis Harvey, Terry Hughes, Devall N. Hutchinson, Edward M. Johnson, Jr., Donald Joseph, King S. Kindred, Jr., Terry T. Lampkin, Sr., Harvery Lee, Jr., Coy Lockett, Leroy Love, Jr., Willie Marshall, Charles L. McCrone, Jonathon Montes, Melvin Moore, Jr., Raymond Moore, Jr., John Nelson, James Palmer, Lamar Powell, Kimberly Ann Royal, Rodney Ruddock, Ronald K. Sage, Jr., Murphy L. Scarbrough, Damon Scott, Jose Manuel Segura, Jimmie Simeton, Sidney Syldell, Alberto Teniete, Randy E. Virgil, Ronald Odell Ward, Jermain Washington, Melvin Weston, Jr., Jerry D. Williams, Tony Williams, Wendell Williams, Carl D. Willis, Sr. and Willie Wimberly failed to file a Transcript Order Form within the time fixed by the rules, effective February 23, 2012.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Deborah H. Hall, D, Deputy Clerk

FOR THE COURT - BY DIRECTION